### BOWERS v HOLABIRD

Ohio Appeals, 6th Dist, Williams Co

Decided Oct 28, 1935

Charles E. Scott, Bryan, Weaver & Weaver, Bryan, and Winston, Strawn & Shaw, Toledo, for plaintiff in error.

Newcomer & Parker, Bryan, for defendant in error.

For full opinion see 5 OO 341; 51 Oh Ap 413.